IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-459-MOC-DCK

| | |
|---|---|
| WILLIAM W. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay Civil Action" (Document No. 9) filed October 25, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Stay Civil Action" (Document No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until **January 25, 2013**. Plaintiff's counsel shall file a Motion to Substitute, or a Status Report, on or before **January 25, 2013**.

Signed: October 25, 2012

David C. Keesler
United States Magistrate Judge