# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-459-MOC-DCK

| | |
|---|---|
| WILLIAM W. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion To Lift Stay, To Substitute Plaintiff, To…" (Document No. 11) filed January 24, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and noting that Defendant does not oppose the relief requested in the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion To Lift Stay, To Substitute Plaintiff, To…" (Document No. 11) is **GRANTED.** The stay entered by this Court in its Order (Document No. 10) is lifted.

**IT IS FURTHER ORDERED** that Susan D. Sharpe, Administratrix of the Estate of William W. Graham, shall be substituted as the Plaintiff in this action. The Clerk shall re-caption this action to reflect the substitution.

**IT IS FURTHER ORDERED** that the substituted Plaintiff, Susan D. Sharpe, Administratrix of the Estate of William W. Graham, shall respond to Defendant's Counterclaim (Document No. 6) on or before **February 22, 2013**.

Signed: January 24, 2013

David C. Keesler
United States Magistrate Judge